**Denise BROWN Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 06–3037.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2005.

**ORDER**

Order Vacated, See 163 Fed.Appx. 903.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**LG. PHILIPS LCD., CO. LTD., Plaintiff–Appellant,**

v.

**Michele B. BOVIO and Robert C. Frame, Defendants–Appellees.**

No. 05–1240.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2005.

Before LOURIE, RADER, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.